# FARRISH•JOHNSON
LAW OFFICE, CHTD.

Howard F. Haugh
David A. Salsbery
Scott V. Kelly*
William S. Partridge*[1]
Mary Anne Wray
Steven H. Fink
Kay L. Wallerich[2]
Randall G. Knutson*
Aaron J. Glade[2]
Daniel J. Bellig

* Board certified as Civil Trial Specialist by the National Board of Trial Advocacy and/or the Minnesota State Bar Association
Also licensed in: [1] Wisconsin  [2] Nebraska

1907 EXCEL DRIVE   PO BOX 550   MANKATO MN   56002-0550   PHONE: 507.387.3002   FAX: 507.625.4394   WWW.FARRISHLAW.COM

April 1, 2009

Clerk of Court
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:   Court File No. 08-cv-5466 RHK/SRN
      Firepond, Inc. v. Morrison & Foerster LLP

Dear Clerk:

I represent Firepond, Inc. with respect to the above-captioned litigation. On March 31, 2009, I was informed that Firepond, Inc. has filed for Chapter 7 bankruptcy protection in United States Bankruptcy Court, District of Minnesota, Case No. 09-32103. Please inform Magistrate Judge Susan Richard Nelson and Judge Richard Kyle of this development.

Thank you for your assistance. Please contact me if you have any questions.

Sincerely,

William S. Partridge
wpartridge@farrishlaw.com

WSP:sk
cc:   Firepond, Inc., Stephen Peary
      Charles Weber/Elizabeth Shields Keating

RECEIVED
APR 2009
CLERK U.S. DIST COURT
MINNEAPOLIS MN

SCANNED
APR 02 2009
U.S. DISTRICT COURT MPLS

Innovative Client Solutions Since 1893